**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-7068

MARKUS ODON MCCORMICK,

Plaintiff - Appellant,

v.

MICHAEL J. CRUMPLER, Detective sued in individual and official capacity; CITY OF SOUTHERN PINES, Southern Pines Police Department; K. MARSH, Supervisor, Southern Pines Police Department,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:23-cv-00178-TDS-JEP)

Submitted:  April 24, 2025                                Decided:  April 29, 2025

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Markus Odon McCormick, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Markus Odon McCormick appeals the district court's order accepting the recommendation of the magistrate judge and dismissing McCormick's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A and dismissing his state law claims without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *McCormick v. Crumpler*, No. 1:23-cv-00178-TDS-JEP (M.D.N.C. Nov. 1, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*